**Appeal Dismissed and Memorandum Opinion filed December 31, 2019**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00951-CV

### DAVID HOTZE, ET AL, Appellants

### V.

### IN MANAGEMENT, LLC, INTER NOS BARKER CYPRESS, LTD, INTER NOS ODESSA, LTD., ET AL, Appellees

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2016-36300**

## MEMORANDUM OPINION

The parties to this appeal are parties to an appeal already pending in this court. *See* No. 14-18-00995-CV, *Hotze v. IN Mgmt., LLC* ("the First Appeal"). On November 27, 2019, the appellants in the First Appeal filed an amended notice of appeal. That amended notice of appeal was mistakenly docketed into a new appeal in this court and assigned number 14-19-00951-CV. Because appeal number 14-19-00951-CV was opened in error, we dismiss that appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.